282

Martin HOYER and Chester Ferguson, Appellants,

v.

UNITED STATES of America.

No. 15289.

United States Court of Appeals
Eighth Circuit.

May 9, 1955.

No appearance filed for appellant Chester Ferguson.

Robert Vogel, U. S. Atty., and Ralph B. Maxwell, Asst. U. S. Atty., Fargo, N. D., for appellee.

PER CURIAM,

Appeal from District Court as to appellant Chester Ferguson dismissed, on motion of appellee. See also 223 F.2d 134.

Ivory CLARK, alias Sonny Clark, Appellant,

v.

UNITED STATES of America.

No. 15301.

United States Court of Appeals
Eighth Circuit.

June 16, 1955.

Charles B. Evins, Chicago, Ill., for appellant.

Edward L. Schuefler, U. S. Atty., and Paul R. Shy, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed for want of diligent prosecution, on motions of appellee and of appellant.

William D. SELF, Former Acting Collector of Internal Revenue, Appellant,

v.

J. G. GLADDEN.

No. 15319.

United States Court of Appeals
Eighth Circuit.

June 8, 1955.

Osro Cobb, U. S. Atty., Little Rock, Ark., H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., for appellant.

J. G. Williamson, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

Bert CRABTREE

v.

UNITED STATES of America.

No. 5136.

United States Court of Appeals
Tenth Circuit.

May 27, 1955.

Arnold Alperstein, Denver, Colo., for appellant.

William C. Farmer, U. S. Atty., Wichita, Kan., and Royce D. Sickler and Selby S. Soward, Asst. U. S. Attys., Topeka, Kan., for appellee.

Before BRATTON, MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.